DECIDED MAY 21, 1974.

Homer Hudson, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28484. ANTHONY v. CALDWELL.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED MAY 21, 1974.

Paul Lee Anthony, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28791. CLEMENTS v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED MAY 21, 1974.

James Clements, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28808. MITCHELL v. HOPPER.

The trial court did not err in remanding the appellant to custody.